# United States District Court
## *Southern District of Georgia*

Franklin L. Williams

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV515-97

United States Of America et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated June 28, 2016, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; denying Williams' 2255 petition. This action stands closed.



June 29, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk